## Informal Family Tree of Defendants, *Bibi v. Shakil-ur-Rahman*



= **Exhibit A** =