

001695

02 JUL 2013

MR ANWAR AHMED
Advocate L. No 3155/H.C

## AGREEMENT

### BETWEEN

Mir Shakil-ur-Rahman S/O Late Mir Khalil-ur-Rahman, Group Chief Executive and Editor-in-Chief, Jang Group of Companies/Publications, resident of House No.8-H, Johar Town, Lahore, Pakistan (Herein after referred to as the EMPLOYER) AND Mrs. Rehana Bibi W/O Riaz Masih, resident of House No. 5, Dr. Shehzad Clinic, Gulshan Colony, Chungi Amarsaddu, Lahore Pakistan. (Herein after referred to as the EMPLOYEE).

WHEREAS the Employer's entire family intends to visit United States of America to visit Disney Land, the employer has engaged the employee to accompany his family to look after them during their traveling and stay in USA.

AND WHEREAS the employee has consented to go with the employer's family to USA for a period as may be deem fit and appropriate by the employer.

Now this agreement is witnesseth as under:-

1. That the visa and air ticket of the employee shall be arranged by the employer on his own cost and expenses including return ticket/expenses.

2. That all expenses of employee such as boarding, lodging food, medical etc. shall be borne by the employer through out the period the employee shall accompany and stay with employer's family in USA.

3. That the employee shall be paid her remuneration @ US$ 15/= per hour. Employee shall work 40 hours per week with two weekly holidays on Saturday and Sunday. She will be paid over time 1½ of regular hourly wages after eight hours work on any day or after forty hours of work in a week.

4. That the employee will diligently and carefully perform her duties and look after the employer's family and perform domestic work properly.

1

1004

EXHIBIT
B

5. That the employer shall be bound to follow all labour laws or other laws as may be applicable to the domestic servants in USA including vacation days and sick days.

6. That the employer shall not withhold the employee's passport nor prohibit the employee from leaving the premises when the employee is not on duty.

7. That the employee will not become the public charge and all medical expenses shall be borne by the employer if any.

8. That the employee understands her duties or rights regarding salary, working and living conditions.

9. That the employee undertakes and assured that she will return back to Pakistan along with employer's family without any fail or excuse.

In witness whereof the employer and employee have entered into this agreement on this day 02-07-2013

Witnesses:

                                      Mir Shakil-ur-Rahman
                                      (EMPLOYER)

1). *Muhammad Hussain* Sajad Park HER BUS'S PURA ROAD LAHR

2). *Mahmood Ahmad*
H-No, 30 St. No, 19
Sarfraz Colony
Lahore Shahi Road
LAHORE

                                      Rehana Bibi
                                      (EMPLOYEE)