## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Virginia

Case Number: 1:20-CV-01478-LMB-MSN

Plaintiff:
**REHANA BIBI**

vs.

Defendant:
**MIR SHAKIL-IR-RAHMAN, SHAHEENA SHAKIL-UR-RAHMAN, SHOAIB NOORUDDIN YAHYA and AYESHA YAHYA**

For:
SUTTER & TERPAK PLLC
7540A LITTLE RIVER TURNPIKE
ANNANDALE, VA 22314

Received by Process Server VA LLC to be served on **AYESHA YAHYA, 18924 LONGHOUSE PLACE, LEESBURG, VA 20176**.

I, Courtney C. Adams, do hereby affirm that on the **10th day of December, 2020 at 6:20 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND NOTICE** to: **SHOAIB NOORUDDIN YAHYA** as **HUSBAND** at the address of: **18924 LONGHOUSE PLACE, LEESBURG, VA 20176**, the within named person's usual place of **Abode**, who is a family member and resides therein, is sixteen (16) years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

Courtney C. Adams   12/11/20
Process Server

**Process Server VA LLC**
**12000 MARKET STREET**
**UNIT 287**
**RESTON, VA 20190**
**(703) 896-6581**

Our Job Serial Number: PVA-2020000786

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1u