## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Virginia

Case Number: 1:20-CV-01478-LMB-MSN

Plaintiff:
**REHANA BIBI**

vs.

Defendant:
**MIR SHAKIL-IR-RAHMAN, SHAHEENA SHAKIL-UR-RAHMAN, SHOAIB NOORUDDIN YAHYA and AYESHA YAHYA**

For:
SUTTER & TERPAK PLLC
7540A LITTLE RIVER TURNPIKE
ANNANDALE, VA 22314

Received by Process Server VA LLC to be served on **SHOAIB NOORUDDIN YAHYA, 18924 LONGHOUSE PLACE, LEESBURG, VA 20176**.

I, Courtney C. Adams, do hereby affirm that on the **10th day of December, 2020** at **6:20 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND NOTICE** to: **SHOAIB NOORUDDIN YAHYA** at the address of: **18924 LONGHOUSE PLACE, LEESBURG, VA 20176**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

Courtney C. Adams    12/11/20
Process Server

Process Server VA LLC
12000 MARKET STREET
UNIT 287
RESTON, VA 20190
(703) 896-6581

Our Job Serial Number: PVA-2020000785

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1u