UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **REHANA BIBI,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.:  1:20-CV-1478-LMB-MSM |
| ) | |
| **MIR SHAKIL-UR-RAHMAN, et al.,** ) | |
| ) | |
| *Defendants*. ) | |

### CONSENT MOTION FOR EXTENSION OF TIME FOR YAYHA DEFENDANTS' MOTION TO DISMISS, AND FOR BRIEFING SCHEDULE

Defendants Shoahib Yahya and Ayesha Yahya ("Yahya Defendants") respectfully move for an extension of time to file their Motion to Dismiss Plaintiff's Complaint pursuant to Fed.R.Civ.P. 12(b)(6) and proposed briefing schedule.  Plaintiff Rehana Bibi, through counsel, agrees to this extension and schedule.

On December 3, 2020, Plaintiff filed her Complaint. The Yahya Defendants were served and retained undersigned counsel.  Defendants Mr. and Mrs. Shakil-ur-Rahman have not yet been served.  On January 26, 2021, counsel for the Yahya Defendants communicated with Plaintiff's counsel regarding a schedule for responding to the Complaint. The parties' counsels agreed on the following proposed schedule: the Yahya Defendants will file their Motion to Dismiss by February 8, 2021; Plaintiff Bibi will respond by March 3, 2021; the Yahya Defendants may reply by March 15, 2021.

WHEREFORE, the parties respectfully move the Court to approve the proposed schedule.

Respectfully Submitted,

 /s/ Earl "Trey" Mayfield, III
Earl "Trey" Mayfield, III, VSB #41691
Juris Day, PLLC

10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
(703) 268-5600
(703) 268-5602 (fax)
tmayfield@jurisday.com

*Counsel for Defendants Shoab Nooruddin Yahya and Ayesha Yahya*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, a copy of the foregoing Consent Motion for Extension of Time for Defendants' Answer and/or Motion To Dismiss was served via this Court's electronic filing system on all counsel of record.

Victor M. Glasberg, Esq.
Glasberg & Associates
121 S. Columbus St.
Alexandria, VA 22314
Tel. (703) 684-1100
Fax (703) 684-1104
vmg@robinhoodesq.com

Matthew Sutter, Esq.
Sutter & Terpak, PLLC
7540A Little River Turnpike, First Floor
Annandale, VA 22003
Tel. (703) 256-1800
Fax (703) 991-6116
matt@sutterandterpak.com

Alexandra Lydon, Esq.
Legal Services of Northern Virginia
100 N. Pitt Street, #307
Alexandria, VA 22314
Tel. (703) 504-9155
Fax (571) 386-0641
alydon@lsnv.org

    /s/ Earl "Trey" Mayfield
Earl "Trey" Mayfield, III, VSB #41691
Juris Day, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
(703) 268-5600
(703) 268-5602 (fax)
tmayfield@jurisday.com
*Counsel for Defendants Shoab Nooruddin Yahya and Ayesha Yahya*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **REHANA BIBI,** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.: 1:20-CV-1478-LMB-MSM |
| ) | |
| **MIR SHAKIL-UR-RAHMAN, et al.,** ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

UPON CONSIDERATION of the parties Consent Motion to Extension of Time For Yahya Defendants to file their Motion To Dismiss and Set Briefing Schedule, it is on this _____ day of _____, 2021, hereby

**ORDERED**, as follows:

Defendants Shoaib Nooruddin Yahya and Ayesha Yahya's Motion to Dismiss Plaintiff's Complaint is due by February 8, 2021; and

Plaintiff Bibi's Response to Defendants' Motion to Dismiss is due by March 3, 2021; and

Defendants Yahya's Reply to Plaintiff's Response to Defendants' Motion to Dismiss is due by March 15, 2021.

**SO ORDERED.**

The Honorable Leonie Brinkema
US District Court Judge