

EMBASSY OF PAKISTAN
3517 International Court, N.W.
WASHINGTON, D.C. 20008

No. Cons-1/5/2021                                   31 March 2021

    The Embassy of the Islamic Republic of Pakistan presents its compliments to the U.S. Department of Justice, Office of International Affairs and with reference to the case of Ms. Rehana Bibi Vs Shaheena Shakil-Ur-Rehman etc., in the United States District Court, has the honor to state that the relevant authorities in Pakistan have informed that the Summon/Documents could not be served upon Mrs. Shaheena Shakil-Ur-Rehman on the given address as she was out of the country. The Summon/Documents along with a certificate duly signed by the Solicitor General of Pakistan in this regard are enclosed.

    The Embassy of the Islamic Republic of Pakistan avails itself of this opportunity to renew to the esteemed U.S. Department of Justice, Office of International Affairs the assurances of its highest consideration.

Encl: <u>As above</u>

U.S. Department of Justice,
Criminal Division,
950 Pennsylvania Avenue, NW
Washington DC 20530



*ORIGINAL DOCUMENT ENCLOSED*

000001

EXHIBIT 14

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1. That the document has been served upon on :**10.03.2021** at (place, street, number): **R/O House No. 8-H, Johar Town, Lahore.**

    In one of the following methods authorized by Article 5:

    a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.

    b) in accordance with the following particular method:
    The addressee was not available at home however, his real brother received the documents on his behalf..............................................................................................

    c) by delivery to the addressee, who accepted it voluntarily.

    (Identity and description of person): **The summons/documents could not been effected upon the addressee i.e. Mrs. Shaheena Shakil-Ur-Reman, as she is out of country and security guard refused to receive the summons/notice.**

    Relationship to the addressee (family, business or other) ..............................................................................................

2. That the document has not been served, by reason of the following facts:-
   ..............................................................................................

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.

Annexes

Documents returned:
..............................
..............................

In appropriate cases, documents establishing the service:
..............................
..............................

Done at **Islamabad** the 19th **March, 2021**

(PIR MUHAMMAD ISHAQ)
Solicitor

Pir Muhammad Ishaq
Solicitor
Ministry of Law and Justice
Government of Pakistan
Islamabad

Signature with stamp

000002

# LAHORE HIGH COURT, LAHORE

No. 3430 Genl-3G/X.B.22

Dated 02-3- 2021

From

**The Registrar,**
Lahore High Court,
Lahore

To

**The Senior Civil Judge (Admin),**
**Lahore.**

Subject: <u>**SERVICE OF SUMMONS/DOCUMENTS UPON MRS. SHAHEENA SHAKIL-UR-RAHMAN, RESIDENT OF HOUSE NO.8-H, JOHAR TOWN, LAHORE.**</u>

<u>**SERVICE OF SUMMONS/DOCUMENTS UPON MIR. SHAKIL-UR-RAHMAN, RESIDENT OF HOUSE NO.8-H, JOHAR TOWN, LAHORE.**</u>

Dear Sir,

I am directed to refer to the subject(s) noted above, and to forward herewith copies of letter Nos.F.No.9(6)/2020-Sol-I, and F.No.(7)/2020.Sol.I, dated 24.02.2021, alongwith Process Service report and request you to do the needful as requested by the Government of Pakistan, Ministry of Law and Justice Islamabad, under intimation to this Court.

Yours faithfully,

(ASIF RASOOL)
*Assistant Registrar (Genl.)*
*For Registrar.*

Encl: **As Above.**
**No. & date Even.**

Copy is forwarded to **the Section Office, Govt. of Pakistan, Ministry of Law and Justice, Islamabad,** for information, with reference to letter/Notice referred to above.

*Assistant Registrar (General)*
*For Registrar.*

By Order of Secretary

Sr P.S to Secretary

000003

جناب عالی

گزارش ہے کہ برائے آعمل حسب ہذا نوٹس موقع پر آیا بلول- آکر رسپانڈنٹ کی بابت دریافت کرنے پر موقع پر آصف سیکورٹی گارڈ حاضر ملا- جکلو کس کام کے سلسلہ میں بتایا کہ اُس نے زبانی بیان کیا کہ رسپانڈنٹ کسی کام کے سلسلے میں ملک سے باہر ہیں- اور اُن کی واپس کا ہمیں کوئی علم نہ ہے- اور ہم اُن کی اجازت کے بغیر نوٹس ہذا وصول نہ کر سکتا ہوں- لہٰذا عالی جاہ بوجہ رسپانڈنٹ بیرون ملک ہونے کی وجہ سے تعمیل نہ ہو سکی ہے-

لہٰذا رپورٹ عرض ہے- ثاقب علی P.A
08/03/21

گواہ: موقع پر موجود شخص قلی گرائیں سے صاف انکار کرتا ہے-

بیان: اندراج بالا درست ثاقب علی P.A

بیان: اندراج بالا رپورٹ میری قلمی ہے- جو کہ صحیح ودرست ہے-

ثاقب علی P.A
10/03/21

ATTESTED
Naib Nazar Tameel

000004

F.No.9(6)/2021-SoLI

**GOVERNMENT OF PAKISTAN**
**MINISTRY OF LAW AND JUSTICE**
*******

Islamabad the 11TH January, 2021

To: **The Registrar,**
Lahore High Court,
**Lahore.**

Subject: <u>**SERVICE OF SUMMONS/DOCUMENTS UPON MRS. SHAHEENA SHAKIL-UR-RAHMAN RESIDENT OF HOUSE NO. 8-H, JOHAR TOWN LAHORE.**</u>

Dear Sir,

    I am directed to forward herewith summons/documents/process received from sending authorities i.e. Virginia for service on the above person in accordance with the provisions of the Hague Convention, 1965 on service abroad of judicial and extra judicial documents in civil or commercial matters to which Pakistan is a party.

2. Documents and summary of documents are enclosed.
3. The service of summons/documents shall be made:-

   i. On the addressee in person, or upon his agent empowered to accept the service on his behalf; or

   ii. If the service cannot be made in the mode (i) or adult male member of the addressee residing with him; or

   iii. If the service cannot be made on the person as at (i) or (ii) or any such person refuses to accept the service, affix a copy of the summons/documents on the outer door of house in which the addressee ordinarily resides.

4. The acknowledgment of service of summons/documents duly attested by the witness along-with duly attested report of the process server be obtained and the duplicate copy of the summary of the documents may be forwarded to this Ministry.

Encl: As above.

**(ZOBIA IJAZ)**
Deputy Assistant Solicitor
PH: 051-9221253

Copy for information to: the Assistant Director (Virginia), Ministry of Foreign Affairs, Islamabad.

Section Officer

000005