## DECLARATION OF REHANA BIBI

I, Rehana Bibi, the Plaintiff herein, declare under the penalty of perjury that the following is true:

1. My husband, Riaz Masih, has advised me, from Lahore, Pakistan where he lives, of all of the things set forth in the declaration of Riaz Masih filed herewith.

2. My nephew Adeel Anwar, who lives in Pakistan, has informed me that between March 2021 and April 2021, Ms. Shakil-ur-Rahman called him at least twice, asking him to tell me to contact Ms. Shakil-ur-Rahman just one time to resolve the case, saying that she asked for forgiveness and that Ayesha Yahya would also ask for forgiveness, and saying that she and the other Defendants are willing to do anything to resolve the case.

3. Adeel Anwar also informed me that on or about April 20, 2021, Ms. Shakil-ur-Rahman and Shoaib Yahya called him on a WhatsApp conference call to request that I call Mr. Yahya or provide him with my number so that he can call me.

4. I have declined to return the calls of Ms. Shakil-ur-Rahman and Mr. Yahya. I am eager to resolve this case, but this must be done through my lawyers. I do not wish to be contacted, or have my family members contacted, by any of the Defendants or their agents while the suit is pending.

5. I speak Urdu, but cannot read or write English. My lawyer Khadeja Tipu, who knows Urdu, has translated this declaration for me. I understand what it says, and what it says is true.

Dated: May 26, 2021

Rehana Bibi  
Rehana Bibi



EXHIBIT C

## DECLARATION OF TRANSLATOR

I, Khadeja Tipu, declare under penalty of perjury that the following is true:
- I am competent to translate from Urdu into English and from English into Urdu.
- On the date set forth above, I spoke with Rehana Bibi by phone. I translated the text of the above declaration into Urdu. I asked if she understood what I said, and she affirmed that she did.
- I am co-counsel to Plaintiff Rehana Bibi in this case, and make this statement in accordance with Rule 11, *Fed. R. Civ. P.*

Dated: May 26, 2021

Khadeja Tipu