## Third Declaration of Rehana Bibi

I, Rehana Bibi, the Plaintiff herein, declare under penalty of perjury under the laws of the United States that the following is true:

1. I have had the statement of Faisal Masih (ECF 45-1) read to me in Urdu and have understood it. I am astounded at what Faisal has written.

2. During the period of my servitude in the home of Shoaib and Ayesha Yahya, I may possible have spoken to Faisal on a very few occasions by telephone. If this happened, it would be because I had called my husband, or possibly Faisal's wife Mehvish, and the phone was briefly passed to Faisal. I have no recollection of any such call, however, and it may be that I did not speak with him at all before being rescued from the Yahyas' home. I did not discuss my circumstances at the Yahya home with him.

3. I recall calling Faisal around Christmas 2020, and again sometime later when his father fell ill. This was after my lawsuit had been filed, in early December 2020. I recall asking him not to talk to Shaheena Shakil-ur-Rahman about me. I understood from my lawyers that information would be gathered from witnesses in accordance with court rules, and that it was best if people did not engage in idle talk about it. Apart from asking Faisal not to talk with Shaheena about my case, I did not speak to him at all about the litigation or about anything he should do or not do or say in relation to the litigation.

4. I sent Faisal no documents about the lawsuit at any time.

5. I sent Faisal no texts or messages or other posts or information about the lawsuit at any time.

6. I sent my husband, Riaz Masih, a copy of my employment contract and other employment related documents, a copy of my visa, and some photographs of me from my servitude

1



EXHIBIT 2

in the home of Shoaib and Ayesha Yahya. I did not send him any documents regarding the lawsuit. Nor did I send any such documents, or information about the suit, to anyone else at any time.

7.   In his statement, Faisal states that Riaz said Faisal had "information on [Faisal's] computer that could help Auntie Shaheena." So far as I am aware, the only "information" Faisal could have had regarding any aspect of my lawsuit would be limited to what I sent to Riaz, i.e., my employment documents, copy of visa, and my photographs. This would be so if the documents I sent Riaz had been downloaded to Faisal's computer, which is possible and nothing I would have objected to if it occurred. I do not understand why these documents might be considered "information . . . that could help Auntie Shaheena." What I do know is that apart from those documents, I sent nothing touching my case in any way to anyone, including Riaz.

8.   I was not present at the meeting on July 15, 2021, among Riaz, Faisal and others, and thus cannot comment on who said what. I can say, however, that I cannot believe that Riaz made the various threats referenced by Faisal in paragraphs 8 and 9 of his statement. Riaz is a friendly, law-abiding man. He has never been in trouble with the law and does not associate with gangsters. I cannot imagine him threatening to have anyone, let alone relatives, beaten, kidnapped, arrested, or otherwise harmed. I do not believe he said anything of the sort, and find the contention laughable. I believe the truth will eventually come out in my lawsuit.

9.   To my knowledge, Faisal, like Riaz, is neither well-educated nor well off. To my knowledge, he and his family have received financial assistance from Shaheena dating from shortly after my lawsuit was filed.

Dated: July 28, 2021                    *Rehana Bibi*
                                        Rehana Bibi

2

## DECLARATION OF TRANSLATOR

I, Khadeja Tipu, declare under penalty of perjury that the following is true
- I am competent to translate from Urdu into English and from English into Urdu
- On the date set forth above, I spoke with Rehana Bibi by phone. I translated the text of the above declaration into Urdu. I asked if she understood what I said, and she affirmed that she did
- I am co-counsel to Plaintiff Rehana Bibi in this case, and make this statement in accordance with Rule 11, *Fed. R. Civ. P.*

Dated: July 29, 2021

Khadeja Tipu