UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| REHANA BIBI, | ) |
| | ) |
|    *Plaintiff*, | ) |
| | ) |
|    v. | )   Case No.: 1:20-CV-1478-LMB-MSM |
| | ) |
| MIR SHAKIL-UR-RAHMAN, et al., | ) |
| | ) |
|    *Defendants*. | ) |

## YAHYA DEFENDANTS' MOTION TO FILE REPLY BRIEF OUT OF TIME

      Pursuant to E.D.Va. L.R. 7(F)(1), Defendants Shoaib and Ayesha Yahya move to file their Reply in Support of Motion for Order Requiring Evidence Preservation and Spousal Discovery, and Sanctions, out of time.  Under Rule 7(F)(1), Defendants' Reply to Plaintiff's July 29, 2021, Response was due August 4, 2021.  However, undersigned counsel was out of town during the intervening week, and for reasons unknown, the Court's ECF emails (unlike all other emails) did not forward to undersigned counsel.  Hence, undersigned counsel did not become aware of Plaintiff's Response until today, at which time he authored the accompanying Reply brief.  Accordingly, the Yahya Defendants respectfully request that their Reply be accepted for filing.

Respectfully Submitted,
Shoaib Nooruddin Yahya & Ayesha Yahya

By counsel:
Juris Day, PLLC


_____/s/_____
Earl N. "Trey" Mayfield, III, VSB # 41691
tmayfield@jurisday.com
10521 Judicial Drive, Suite 200
Fairfax, VA 22030

Voice: (703) 268-5600
Facsimile: (703) 268-5602
*Counsel for Defendants*
*Shoaib Nooruddin Yahya and Ayesha Yahya*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, I caused the foregoing document to be delivered via ECF to:

Victor M. Glasberg, Esq.
Glasberg & Associates
121 S. Columbus St.
Alexandria, VA 22314
Tel. (703) 684-1100
Fax (703) 684-1104
vmg@robinhoodesq.com

Matthew Sutter, Esq.
Sutter & Terpak, PLLC
7540A Little River Turnpike, First Floor
Annandale, VA 22003
Tel. (703) 256-1800
Fax (703) 991-6116
matt@sutterandterpak.com

Alexandra Lydon, Esq.
Legal Services of Northern Virginia
100 N. Pitt Street, #307
Alexandria, VA 22314
Tel. (703) 504-9155
Fax (571) 386-0641
alydon@lsnv.org

                                                                                         _____/s/_____
                                                                                          Trey Mayfield